**Order entered November 13, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01677-CR

**MELVIN CELESTINE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F08-61495-I**

## ORDER

In his brief, appellant raises an issue relating to costs. The record, however, does not contain a cost bill or other document that complies with the Texas Code of Criminal Procedure. *See* TEX. CODE CRIM. PROC. ANN. arts. 103.001, 103.006. (West 2006). Accordingly, we **ORDER** the Dallas County District Clerk to file, within **FIFTEEN DAYS** of the date of this order, a supplemental clerk's record containing a detailed itemization of the costs assessed in this case, including but not limited to specific court costs, fees, and court-appointed attorney fees. We further **ORDER** that the supplemental clerk's record include a document explaining any and all abbreviations used to designate a particular fee, cost, or court appointed attorney fee. The detailed itemization shall comply with articles 103.001 and 103.006 of the criminal procedure code. *See id.* art. 103.001 ("A cost is not payable by the person charged with the cost until a

written bill is produced or is ready to be produced, containing the items of cost, *signed by the officer who charged the cost or the officer who is entitled to receive payment for the cost.*") (emphasis added); 103.006 ("If a criminal action or proceeding . . . is appealed, an officer of the court *shall certify and sign* a bill of costs stating the costs that have accrued and send the bill of cost to the court to which the action or proceeding is . . . appealed.") (emphasis added).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal Records Division; and counsel for all parties.


/Douglas S. Lang/
DOUGLAS S. LANG
PRESIDING JUSTICE